Same case below, 424 Fed. Appx. 922.

**No. 11-5651. Marco Marroquin, Petitioner v. Ben Curry, Warden, et al.**

565 U.S. 917, 132 S. Ct. 337, 181 L. Ed. 2d 211, 2011 U.S. LEXIS 6218.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5652. Keith Marshel Ivers, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 337, 181 L. Ed. 2d 211, 2011 U.S. LEXIS 5766.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 573.

**No. 11-5653. Alejandro Hernandez-Rojas, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 337, 181 L. Ed. 2d 211, 2011 U.S. LEXIS 6270.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 426 Fed. Appx. 67.

**No. 11-5654. Israel Gomez-Almanza, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 337, 181 L. Ed. 2d 211, 2011 U.S. LEXIS 5943.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5655. Marlon Deon Harmon, Petitioner v. Oklahoma.**

565 U.S. 918, 132 S. Ct. 338, 181 L. Ed. 2d 211, 2011 U.S. LEXIS 5815.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

Same case below, 248 P.3d 918.

**No. 11-5656. Pablo Hoffman-Portillo, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 338, 181 L. Ed. 2d 211, 2011 U.S. LEXIS 6212.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 486.

**No. 11-5658. Scott Schirmann Creech, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 338, 181 L. Ed. 2d 211, 2011 U.S. LEXIS 6175.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.